UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCOS RAMIREZ,<br><br>     Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT, *et al.*,<br><br>     Defendants. | Case No. 2:12-cv-1434-LDG (PAL)<br><br>**ORDER** |

Defendant Naphcare, Inc. moves to dismiss (#5) the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff Marcos Ramirez, who is represented by counsel, has not opposed the motion. Pursuant to Local Rule 7-2(d), the failure to file points and authorities in opposition constitutes a consent to the granting of the motion. Accordingly,

THE COURT **ORDERS** that Defendant Naphcare, Inc.'s Motion to Dismiss (#5) is GRANTED; Defendant Naphcare, Inc. is DISMISSED from this action.

DATED this 17 day of September, 2012.

_____
Lloyd D. George
United States District Judge